# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| LAURENCE FAULKS, | No. C 13-2871 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK & CO., et al., | |
| Defendants. | |
| _____/ | |

On July 12, 2013, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of August 8, 2013. Dkt. No. 6. However, Plaintiff Laurence Faulks failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 8, 2013 hearing and ORDERS Plaintiff Laurence Faulks to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff(s) shall file a declaration by August 12, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 22, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAURENCE FAULKS,    No. C 13-02871 MEJ

        Plaintiff(s),    **CERTIFICATE OF SERVICE**

  v.

WELLS FARGO BANK,

        Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurence Faulks
c/o Jon Faulks
25 Cameo Way
San Francisco, CA 94131

Dated: July 29, 2013

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

2