UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LAURENCE FAULKS, | No. C 13-2871 MEJ |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| WELLS FARGO & CO., et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Dismiss and Plaintiff's Motion to Remand. Dkt. Nos. 6, 32. As the jurisdictional issue addressed in Plaintiff's Motion to Remand is currently under consideration by the Ninth Circuit in an appeal entitled *Rouse v. Wachovia Bank, FSB*, Ninth Circuit Docket No. 12-55278, the Court finds it appropriate to stay any decision pending the outcome of *Rouse*. Accordingly, the Court VACATES the November 21, 2013 hearing on both motions. The parties shall file a joint status report within 30 days of the Ninth Circuit's ruling in *Rouse*. This stay does not affect any mediation deadlines in this case.

**IT IS SO ORDERED.**

Dated: October 31, 2013

_____
Maria-Elena James
United States Magistrate Judge