1 LAW OFFICE OF DANIEL BERKO
DANIEL BERKO, State Bar No. 94912
2 819 Eddy Street
San Francisco, CA 94109
3 Tel: 415.771.6174
Fax: 415.474.3748
4 E-mail: berkolaw@sbcglobal.net

5 Attorney for LAURENCE FAULKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| LAURENCE FAULKS | Case No. 3:13-CV-02871-MEJ |
|---|---|
| Plaintiffs, | **ORDER PERMITTING PLAINTIFF TO SUBPOENA THE RECORDS OF CONSUMER CREDIT COUNSELING SERVICE OF SAN FRANCISCO** |
| -vs- | |
| WELLS FARGO & COMPANY, WELLS FARGO N.A., WELLS FARGO MORTGAGE and DOES 1 to 10 | |
| Defendants. | |

Upon reading the Stipulation of the parties, and GOOD CAUSE appearing:

IT IS HEREBY ORDERED:

Plaintiff shall be immediately permitted to subpoena the records of Consumer Credit Counseling Service of San Francisco.

Dated: May 16, 2014

_____
**MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE**