1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | LAURENCE FAULKS, | CASE NO.: 3:13-CV-02871-MEJ |
|---|---|---|
| 12 | Plaintiff, | [The Honorable Maria-Elena James] |
| 13 | v. | |
| 14 | WELLS FARGO & COMPANY, WELLS FARGO N.A., WELLS FARGO MORTGAGE, | [PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE PRE-TRIAL AND TRIAL DATES |
| 15 | | |
| 16 | Defendants. | |
| 17 | | |

18

19      The Court, having reviewed the Joint Stipulation And Request To Continue Pre-Trial

20   And Trial Dates, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION hereby

21   orders that pre-trial and trial dates are extended from the original deadlines as follows:

22      1.   Pretrial and Dispositive Motions from May 28, 2015 to July 30, 2015;

23      2.   Pre-Trial and Dispositive hearing from July 2, 2015 to September 3, 2015;

24      3.   Discovery from April 28, 2015 to June 30, 2015;

25      4.   Deadline to Seek Leave to Amend Pleading from June 6, 2015 to August 5, 2015;

26      5.   Disclosure of Expert Witnesses from April 3, 2015 to June 2, 2015;

27      6.   Disclosure of Rebuttal Expert Witnesses from April 13, 2015 to June 12, 2015;

28      7.   Not applicable;

8. Exchange and filing of Trial Papers from September 2, 2015 to November 2, 2015;

9. Motions in Limine from September 24, 2015 to November 23, 2015;

10. Trial Briefs from October 9, 2015 to December 8, 2015;

11. Voir Dire from October 9, 2015 to December 8, 2015;

12. Jury Instructions from October 9, 2015 to December 8, 2015;

13. Proposed Jury Forms from October 9, 2015 to December 8, 2015;

14. Pre-Trial Conference from October 8, 2015 to December 10, 2015;

15. Trial from November 16, 2015 to January 25, 2016 or a date after.

**IT IS SO ORDERED.**

Dated: MAY 14, 2015

HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE