UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURENCE FAULKS,

    Plaintiff,

  v.

WELLS FARGO & COMPANY, et al.,

    Defendants.

Case No. 13-cv-02871-MEJ

**ORDER RE: DISCOVERY MEET AND CONFER PROCEDURE**

The Court is in receipt of Plaintiff's request, filed September 18, 2015, regarding the in-person meet and confer requirement for discovery disputes. Dkt. No. 80. Good cause appearing, the Court hereby GRANTS the request to meet and confer, on the condition that the parties meet and confer by video conference when such technology is available. To ensure compliance with the spirit of the meet and confer requirement, if video conference is unavailable and the parties need to meet and confer by telephone, they shall make a contemporaneous record of their meetings using a court reporter or electronic recording device. Any joint letter filed with the Court must include as part of the cover page a statement as to how the parties met and conferred in compliance with this Order and the Discovery Standing Order.

The parties should be mindful that the Court shall reinstate the in-person meeting requirement if it determines that these meetings are not fruitful.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge