UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE FAULKS,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>    Defendants. | Case No. 13-cv-02871-MEJ<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC CONFERENCE**<br><br>Re: Dkt. No. 83 |

The Court is in receipt of Plaintiff's letter requesting a telephonic conference regarding the depositions of Robert Ferguson, Sadie Walker, and Michael Devito, as well as certain outstanding written discovery requests. Dkt. No. 83. Plaintiff also requests an award of fees and costs in the amount of $9,500. As Plaintiff has not shown the parties are unable to meet and confer in compliance with the undersigned's Discovery Standing Order, the request is DENIED. Plaintiff's request for fees is also DENIED.

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge