UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE FAULKS,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>    Defendants. | Case No. 13-cv-02871-MEJ<br><br>**ORDER RE: RENEWED REQUEST FOR TELEPHONIC CONFERENCE**<br><br>Re: Dkt. No. 87 |

Earlier today, the Court denied Plaintiff's request for a telephonic discovery conference regarding certain outstanding discovery matters. Dkt. No. 84. Plaintiff has now renewed his request. Dkt. No. 87. Having reviewed the second request, the Court finds a conference unnecessary. However, the Court ORDERS the parties to meet and confer by September 29, 2015, in compliance with the undersigned's Discovery Standing Order and the September 21, 2015 Order (Dkt. No. 81). If the parties are unable to resolve any disputes after the meet and confer session, Plaintiff shall provide Defendant with his portion of any draft joint letter(s) in compliance with the Standing Order by October 2, 2015. Defendant shall provide its portion of the letter(s) to Plaintiff by October 6, 2015, and Plaintiff shall then file the letter(s). If Defendant fails to timely respond, Plaintiff shall file notice pursuant to Paragraph 3 of the Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge