UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE FAULKS, | CASE NO.: 3:13-CV-02871-MEJ |
| Plaintiff, | [The Honorable Maria-Elena James] |
| v. | [~~PROPOSED~~] ORDER POSTPONING DEPOSITION OF MICHAEL DEVITO |
| WELLS FARGO & COMPANY, WELLS FARGO N.A., WELLS FARGO MORTGAGE, | |
| Defendants. | |

THE COURT, having reviewed the Request For Clarification Or Order Postponing Noticed Deposition, submitted by Wells Fargo Bank, N.A. on September 29, 2015, and GOOD CAUSE APPEARING, hereby orders that the deposition of Michael DeVito, noticed for September 30, 2015, shall be continued. The deposition shall not be noticed for a new date until the dispute regarding the deposition notice has been resolved in accordance with the Court's Discovery Standing Order and Order Re: Renewed Request for Telephonic Conference.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE