1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

13  | LAURANCE FAULKS | CASE NO. 13-CV-02871-MEJ |
14  |                 | Hon. Maria-Elena James |
    |     Plaintiff,  | |
15  |       v.        | [PROPOSED] ORDER GRANTING |
16  | WELLS FARGO & COMPANY, et al., | JOINT STIPULATION REQUESTING AN ORDER TO ENLARGE TIME |
17  |     Defendant.  | |
18  |                 | |
19  |                 | Action Filed: June 21, 2013 |
    |                 | Trial Date:   August 22, 2016 |

("[PROPOSED]" is struck through)

20
21
22
23
24
25
26
27
28

The Court, having reviewed the Joint Stipulation Requesting an Order to Enlarge Time, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION hereby orders that the hearing and briefing schedule is extended as follows:

| Date | Event |
|---|---|
| January 22, 2016 – | Close of Discovery between Plaintiff Faulks and Defendant Wells Fargo (no enlargement) |
| July 22, 2016 – | Disclosure of Expert Witnesses (from January 22, 2016) |
| July 22, 2016 – | Close of Discovery by and against Defendant Consumer Credit Counseling Service of San Francisco (from January 22, 2016) |
| September 1, 2016 – | Deadline to File Dispositive Motions (from March 3, 2016) |
| October 6, 2016 – | Hearing on Dispositive Motions (from April 7, 2016) |
| December 8, 2016 – | Exchange of Pretrial Disclosures (from June 8, 2016) |
| December 23, 2016 – | Deadline to File Pretrial Conference Statement and Related Disclosures, Motions in Limine, and Trial Briefs and Related Documents (from June 23, 2016) |
| December 30, 2016 – | Deadline to File Motions in Limine Oppositions (from June 30, 2016) |
| January 12, 2017 – | Pretrial Conferences (from July 14, 2016) |
| February 9, 2017 – | Final Pretrial Conferences (from August 11, 2016) |
| February 21, 2017 – | Jury Trial (from August 22, 2016) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 21, 2016

_____
The Honorable Maria-Elena James
United States Magistrate Judge